*Monday, July 20, 1998*

## MOTION DOCKET

**98–726.   State v. Jackson.**
Franklin C.P. No. 97CR041902.   This cause is a death penalty appeal from the Court of Common Pleas of Franklin County.   On June 24, 1998, appellant filed a motion for an extension of time to transmit the record.   Pursuant to S.Ct.Prac.R. XIX(4)(C)(2), the motion for an extension of time was required to be filed no later than June 15, 1998.   Whereas S.Ct.Prac.R. XIV(1)(C) prohibits the filing of a pleading that is not timely,

IT IS ORDERED by the court, *sua sponte*, that appellant's motion for an extension of time to transmit the record be, and hereby is, stricken.

IT IS FURTHER ORDERED by the court, *sua sponte*, pursuant to S.Ct.Prac.R. XIX(4)(C)(1), that the Clerk of the Court of Common Pleas of Franklin County shall transmit the record on or before August 14, 1998.

**98–1096.   State ex rel. Smirnoff v. Greene.**
Cuyahoga App. No. 74330.   This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.   Upon consideration of appellant's motion for stay of court of appeals' entry granting petition for writ of habeas corpus,

IT IS ORDERED by the court that the motion for stay be, and hereby is, granted, pending disposition of this appeal.

RESNICK, PFEIFER and COOK, JJ., dissent.

## MISCELLANEOUS DISMISSALS

**96–2821.   State ex rel. Hawkins v. Indus. Comm.**
In Mandamus.   This cause originated in this court on the filing of a complaint for a writ of mandamus. Upon consideration of relator's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

**98–1198.   State v. Rector.**
Montgomery App. No. 16527.   This cause is pending before the court as a discretionary appeal.   Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

*Wednesday, July 22, 1998*

## MERIT DOCKET

**98–1259.   Ragan v. Lazaroff.**
In Habeas Corpus.   *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.